No. 00–8912. WASHINGTON v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–8914. TAMALE v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00–8915. VALDEZ v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–8921. ALEKSEY v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 00–8924. MADYUN v. CITY OF MEMPHIS ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–8928. MATHIS v. BAUER BUICK CO., INC. C. A. 7th Cir. Certiorari denied.

No. 00–8930. SULLIVAN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–8932. ROGERS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–8934. RANGEL v. RAMIREZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00–8935. JETT v. DAVIS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–8940. RHODES v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–8944. REED v. MILLER, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 00–8945. OLDHAM v. SNYDER, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 00–8954. PERSAUD v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–8956. BUTCHER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.